**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Kristopher Woolfe, | Case No.: 2:25-cv-00589-JAD-DJA |
| Plaintiff | |
| v. | **Order Denying Motion to Extend Time** |
| Clayton, et al., | [ECF No. 11] |
| Defendants | |

Plaintiff Christopher Woolfe moves to extend the deadline to file a second amended complaint by 90 days, arguing that he's been moved to administrative segregation where it takes longer to communicate with the prison's law library.[1] Woolfe's motion is denied because I did not grant him leave to file a second amended complaint and his motion violates my order staying this action. In screening Woolfe's first amended complaint, I allowed two claims to proceed, dismissed a third without leave to amend, referred this action to the court's Inmate Early Mediation Program, and stayed it for 90 days for settlement purposes.[2] I specifically ordered that "**during this 90-day stay period and until the court lifts the stay, no other pleadings or papers may be filed in this case**, and the parties will not engage in any discovery, nor are the parties required to respond to any paper filed in violation of the stay unless specifically ordered by the court to do so."[3] That stay remains in effect.

---

[1] ECF No. 11.

[2] ECF No. 8.

[3] *Id.* at 11 (emphasis added).

**Conclusion**

IT IS THEREFORE ORDERED that the motion to extend the time to file an amended complaint **(ECF No. 11) is DENIED.**

This action is awaiting the scheduling of a mediation conference.  If the parties do not reach a settlement and Woolfe wishes to amend his pleading, then he must file a motion for that relief under Federal Rule of Civil Procedure 15 and this court's Local Rule 15-1 after the court lifts the stay and issues a scheduling order setting discovery and dispositive motion deadlines.

Dated: February 11, 2026

_____
U.S. District Judge

2