AARON D. FORD
  Attorney General
KYLE L. HILL, Bar No. 16094
  Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, Nevada 89119
(702) 486-0429 (phone)
(702) 486-3768 (fax)
Email: khill@ag.nv.gov

*Attorneys for Interested Party,*
*Nevada Department of Corrections*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KRISTOPHER WOOLFE, | Case No. 2:25-cv-00589-JAD-DJA |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE THE EARLY MEDIATION CONFERENCE** |
| CLAYTON, *et al.*, | |
| Defendants. | |

Plaintiff, Kristopher Woolfe, pro se, and the Interested Party, Nevada Department of Corrections (NDOC), by and through counsel, Aaron D. Ford, Nevada Attorney General, and Kyle L. Hill, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, hereby, request this Court order the continuance of the Early Mediation Conference, currently scheduled for April 3, 2026, at 1:00 p.m. (ECF No. 14), and reset the deadlines for the parties' statements accordingly.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.    INTRODUCTION

Plaintiff, Kristopher Woolfe (Woolfe), and the Interested Party, NDOC, are currently scheduled to appear for an Early Mediation Conference (EMC) on April 3, 2026, at 1:00 pm. ECF No. 14. The parties' statements are currently due on March 20, 2026. During a phone conversation between counsel for the Interested Party, Kyle L. Hill, and Woolfe on March

13, 2026, Woolfe informed counsel that he is currently scheduled to be released from custody on March 19, 2026.[1] Given the timing of Plaintiff's release from custody, and the period of time likely needed for this transition from custody, Woolfe believes he will not be able to adequately prepare for the EMC, including preparing his statement. The parties therefore stipulate to an extension of the currently scheduled EMC in good faith allowing Woolfe the opportunity to transition from custody and to adequately prepare for the EMC.

## II.    LEGAL STANDARD

Courts have inherent powers to control their dockets, *see Ready Transp., Inc. v. AAR Mfg, Inc.*, 627 F.3d 402, 404 (citations omitted), and to "achieve the orderly and expeditious disposition of cases." *Chambers v. NASCO, Inc.*, 501 U.S. 32, 43 (1991) "Such power is indispensable to the court's ability to enforce its orders, manage its docket, and regulate insubordinate [] conduct. *Id.* (citing *Mazzeo v. Gibbons*, No. 2:08–cv01387–RLH–PAL, 2010 WL 3910072, at *2 (D.Nev.2010)).

## III.    ANALYSIS

The parties stipulate to an extension of the currently scheduled EMC to a date chosen by the Court, and respectfully ask this Court to order this extension so that Woolfe, who is set to expire his sentence and be released within the same proximity as deadlines for the EMC, will have additional time to transition out of custody and prepare his statement. This request is made in good faith so that Plaintiff can adequately prepare for the EMC while transitioning out of NDOC custody.

///

///

///

///

///

///

---

[1] Undersigned counsel contract High Desert State Prison to confirm this release date, and was informed that Woolfe is actually scheduled to be released on March 24, 2026.

## IV.   CONCLUSION

The Parties reiterate their belief that a short continuance of the EMC, currently scheduled for April 3, 2026, at 1:00 pm, along with the adjustment of the EMC statement deadline, would be in the best interest of the Parties so that Plaintiff, who is currently scheduled to be released from custody on March 19, 2026, can have adequate time to successfully transition out of custody and prepare for the EMC.

DATED this _17_ day of March, 2026.

By: _____
KRISTOPHER WOOLFE
Plaintiff

DATED this 16th day of March, 2026

AARON D. FORD
Attorney General

By: _/s/ Kyle L. Hill_____
KYLE L. HILL (Bar No. 16094)
Deputy Attorney General
*Attorneys for Interested Party*

## ORDER

IT IS THEREFORE ORDERED that the parties' stipulation (ECF No. 15) is GRANTED and that the inmate early mediation scheduled for April 3, 2026, and the statement deadline scheduled for March 20, 2026, are VACATED. The Court will address the timing of resetting these deadlines in a separate order.

DATED ___March 18_____, 2026.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on ********************, 2026, I electronically filed the foregoing ***********, via this Court's electronic filing system. Parties who are registered with this Court's electronic filing system will be served electronically.

> Kristopher Woolfe, #71877
> Care of HDSP Law Librarian
> High Desert State Prison
> P.O. Box 650
> Indian Springs, NV 89070
> HDSP_LawLibrary@doc.nv.gov

_____
An employee of the
Office of the Nevada Attorney General