UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KRISTOPHER WOOLFE,

      Plaintiff,

    v.

CLAYTON, et al.,

      Defendants.

Case No.: 2:25-cv-00589-JAD-DJA

**ORDER**

Plaintiff Kristopher Woolfe filed a notice and letter stating that he will be released from custody later this month. ECF Nos. 16, 17. Woolfe and the NDOC then filed a stipulation seeking to continue the March 20 deadline for them to file mediation statements and the April 3 the Inmate Early Mediation conference. ECF No. 15. The Court will address the parties' stipulation in a separate order. Woolfe is reminded that he "must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number." Nev. LR IA 3-1. "The notification must include proof of service on each opposing party or the party's attorney." *Id.* Failure to file and serve this notice could result in dismissal of this action. *See id.* Considering Woolfe's imminent release from prison, the Court will give him **until April 30, 2026**, to file written notice of his updated address and other contact information with the Court.

It is therefore ordered that Plaintiff Woolfe has **until April 30, 2026**, to file written notice with the Court of his updated address and other contact information. If Woolfe timely complies with this order, then the Court will reschedule the parties' mediation conference and set a new deadline for their statements. If Woolfe does not timely comply with this order, this action will be subject to dismissal without prejudice.

DATED: March 18, 2026

_____
UNITED STATES MAGISTRATE JUDGE