UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KRISTOPHER WOOLFE,

        Plaintiff

     v.

CLAYTON,

        Defendants

Case No. 2:25-cv-00589-JAD-DJA

ORDER

This Court recently cancelled the mediation conference that was scheduled for Friday May 27, 2026, because it was not able to reach plaintiff Kristopher Woolfe at the telephone number he provided to arrange logistics for the conference. (ECF Nos. 22, 17). The Court could not use regular mail for this purpose because the conference was scheduled to happen via Zoom videoconferencing for all participants. (ECF Nos. 21, 12). And although Plaintiff provided an updated physical address after he was released from custody (ECF No. 20), he has not provided an updated telephone number or email address. Plaintiff is reminded that he must immediately file with the Court any change of mailing address, email address, telephone number, or facsimile number. LR IA 3-1. If Plaintiff wishes to proceed with this lawsuit, including possibly rescheduling the mediation conference, then he must provide the Court with all his updated contact information.

I.     **CONCLUSION**

For the foregoing reasons, it is ordered that Plaintiff has **until June 11, 2026**, to file his updated contact information with the Court, including any physical address, telephone number, email address, and facsimile number.

It is further ordered that, if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice.

DATED: May 29, 2026.

_____
UNITED STATES MAGISTRATE JUDGE